[No. 45375-1-I.   Division One.   June 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. E.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-01144-1, Marsha J. Pechman, J., entered September 8, 1999. *Reversed* by unpublished per curiam opinion.

[No. 47351-4-I.   Division One.   June 24, 2002.]

*In the Matter of the Personal Restraint of* RICHARD A. PREVOST, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* by unpublished per curiam opinion.

[No. 47622-0-I.   Division One.   June 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL JOSE ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08133-8, Philip G. Hubbard, Jr., J., entered October 6, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Schindler, J.

[No. 47856-7-I.   Division One.   June 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. EMMETT JOHN GRUBE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00426-8, Steven J. Mura, J., entered December 18, 2000. *Remanded* by unpublished per curiam opinion.